**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-00612-LTB-KMT

GLENN SIERRA, Individually and as heir and surviving son of Decedent Dennis Sierra,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF WELD, and
JOHN AND JANE DOES 1-10,

    Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss (Doc 10 - filed August 31, 2010), and the Amended Stipulated Motion to Dismiss With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(II) (Doc 11 - filed August 31, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                          BY THE COURT:

                            s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED:   September 1, 2010